IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>MARC DAVIS, )<br>)<br>   Debtor. )<br>) | |
|             v. ) | CIVIL ACTION NO.<br>2:14cv255-MHT |
| )<br>LAWRENCE YATES, )<br>) | (USBC-MDAL, 13-31255)<br>(USBC-MDAL, Adv. Pro. |
|    Appellant, ) | No. 13-03113) |
| ) | (WO) |
|             v. )<br>)<br>MARC MILTON DAVIS, DANIEL G.)<br>HAMM, and JAMES A. SMITH, )<br>)<br>   Appellees. ) | |

OPINION

After an independent review of the appellate record, the court is of the opinion that there is no error in the decision of the Bankruptcy Court dismissing the amended complaint.  An appropriate judgment affirming that decision will be entered.

DONE, this the 27th day of June, 2014.

                                   /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE