IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARC DAVIS, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv255-MHT |
| | ) | |
| LAWRENCE YATES, | ) | (USBC-MDAL, 13-31255) |
| | ) | (USBC-MDAL, Adv. Pro. |
|    Appellant, | ) | No. 13-03113) |
| | ) | (WO) |
|    v. | ) | |
| | ) | |
| MARC MILTON DAVIS, DANIEL G. | ) | |
| HAMM, and JAMES A. SMITH, | ) | |
| | ) | |
|    Appellees. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court the decision of the Bankruptcy Court dismissing the amended complaint is affirmed.

It is further ORDERED that costs are taxed against appellant Lawrence Yates.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of June, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE